# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZULILY LLC, et al.,<br><br>Defendants. | Case No.: 2:18-cv-09843-MWF-SS<br>*Hon. Michael W. Fitzgerald Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: August 9, 2019          By: _____
                                HON. MICHAEL W. FITZGERALD
                                UNITED STATES DISTRICT JUDGE